[Nos. 28682-0-I; 28780-0-I.   Division One.   July 19, 1993.]
28830-0-I.

*In the Matter of the Dependency of* CHRISTOPHER S.,
ET AL.

VIRGINIA LEW, *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for King
County, Nos. 89-7-01454-6, 89-7-01455-4, 89-7-01456-2, Warren Chan, J., entered June 10, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, C.J.,
and Grosse, J.

[No. 28523-8-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT S.
PIERCE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-2-26849-5, Warren Chan, J., entered May
24, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 29467-9-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CECIL
DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90-1-05538-4, Carmen Otero, J., entered November 7, 1991. *Reversed* and *dismissed* by unpublished per
curiam opinion.